AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

LAWRENCE SCOTT,
an individual,

*Plaintiff(s)*

v.

KINGDOM MANAGEMENT LLC,
a Texas Limited Liability Company,

*Defendant(s)*

Civil Action No. 4:26-cv-9378

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KINGDOM MANAGEMENT LLC
By Serving Registered Agent:
Amyn Narsi
2802 N. Wayside Drive
Houston, TX 77020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Louis Mussman, Esq.
MUSSMAN & ASSOCIATES, P.A.
18501 Pines Blvd, Suite 349
Pembroke Pines, FL 33029
Local counsel, John K. Grubb & Associates
2520 Robinhood St., # 500, Houston, Texas 77005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*




Date: October 27, 2026

*s/ K. Kimble*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-09378

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* KINGDOM MANAGEMENT LLC was received by me on *(date)* OCTOBER 28, 2026, 3:02 PM.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* ____________________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMYN NARSI, REGISTERED AGENT, who is designated by law to accept service of process on behalf of *(name of organization)* KINGDOM MANAGEMENT LLC AT 2926 AUBURN PATH SUGAR LAND, TX 77479 on *(date)* OCTOBER 31, 2026, 3:25 PM ; or

☐ I returned the summons unexecuted because: ____________________; or

☐ Other: ____________________; or

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: NOVEMBER 02, 2026

*Server's signature*

William J. Kesman, Process Server

*Printed name and title*

VeriServe Solutions, Inc.

11200 Broadway St. Suite 2743, Pearland, TX 77584

*Server's address*

Additional information regarding attempted service, etc.:

**DELIVERED:**

SUMMONS IN A CIVIL ACTION
COMPLAINT
CIVIL COVER SHEET; NOTICE OF ELECTRONIC FILING
ORDER FOR SCHEDULING CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES
ATTACHMENT 1 - 2
NOTICE REGARDING CONSENT TO JURISDICTION OF A MAGISTRATE JUDGE

17222181